**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 7, 2011

No. 10-60971
Summary Calendar

Lyle W. Cayce
Clerk

DOROTHY A. HARRISON,

Plaintiff-Appellant

versus

MELVIN HENRY,

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
No. 4:10-CV-83

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Dorothy Harrison appeals the dismissal of her complaint seeking a paternity adjudication and the establishment of child support and custody rights. Federal courts lack subject matter jurisdiction over "the domestic relations of husband and wife, parent and child." *Ex parte Burruss*, 136 U.S. 586, 593-94 (1890); *see Franks v. Smith*, 717 F.2d 183, 185 (5th Cir. 1983). Accordingly, the dismissal for want of subject matter jurisdiction is AFFIRMED. *See United States v. Jones*, 625 F.3d 827, 829 (5th Cir. 2010) (per curiam).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.